IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

EILEEN LONGSTREET,
Plaintiff(s),

v. Case No. 1:25-cv-00037

PULTE HOMES TENNESSEE LIMITED PARTNERSHIP,
Defendant(s).

**BUSINESS ENTITY DISCLOSURE STATEMENT**
**(Disclosure of corporate affiliations and financial interests)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by Pulte Homes Tennessee Limited Partnership. The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of ______________________ with a principal place of business in the state of ______________________.

2. This party or intervenor is a privately held corporation, incorporated in the state of _________________________ with a principal place of business in the state of _____________________________. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

__________________________________________________________________________
__________________________________________________________________________.

3. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

____ YES X NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

__________________________________________________________________________
__________________________________________________________________________.

4. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

X YES ____ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

See attached

5. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

X YES ____ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

See attached

6. If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

Limited liability company – see attached

**Provide any additional pertinent information on attached page(s).**

Date: 6/5/25

Signature: [signature]

Printed Name: Rachel Sodée

Title: Co-Counsel for Pulte Homes Tennessee Limited Partnership

**EXHIBIT A**

Pulte Homes Tennessee Limited Partnership ("Pulte") is a limited partnership organized under the laws of the State of Nevada. For jurisdictional purposes, a limited partnership is deemed to be a citizen of every state where its general and limited partners reside. *V & M Star, LP v. Centimark Corp.*, 596 F.3d 354, 355 (6th Cir. 2010). Pulte has two partners: Pulte Homes Tennessee, Inc. and RN Acquisition 2 Corp. For jurisdictional purposes, a corporation is deemed to be a citizen of its state of incorporation and principal place of business. 28 U.S.C. § 1332(c)(1). Pulte Homes Tennessee, Inc. is a citizen of the State of Michigan for diversity jurisdiction purposes as it is a corporation organized under the laws of the State of Michigan with its principal place of business in the State of Michigan. RN Acquisition 2 Corp. is a citizen of the States of Nevada and Georgia for diversity jurisdiction purposes as it is a corporation organized under the laws of the State of Nevada with its principal place of business in the State of Georgia. Consequently, Pulte is a citizen of the States of Michigan, Nevada, and Georgia for purposes of diversity jurisdiction.

Pulte is affiliated with PulteGroup, Inc., a publicly traded corporation that ultimately owns 100 percent of the interest of Pulte and therefore has a financial interest in the outcome of this litigation. PulteGroup, Inc. has no parent corporation.

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, a true and exact copy of the foregoing was served via the Court's electronic case filing system and email upon the following:

John O. Belcher
Katherine Garro McCain
Belcher Sykes Harrington, PLLC
320 Seven Springs Way, Suite 110
Brentwood, TN 37027
jbelcher@bshlawyers.com
kmccain@bshlawyers.com

*Attorneys for Plaintiff Eileen Longstreet*

*s/ Rachel L. Sodée*
Rachel L. Sodée