UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| **EILEEN LONGSTREET,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:25-cv-00037** |
| | ) | |
| **PULTE HOMES TENNESSEE LIMITED PARTNERSHIP,** | ) | **JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT MOTION TO ENTER AGREED ORDER RESOLVING DEFENDANT'S MOTION TO DISMISS

The parties are in agreement to resolve the Defendant's pending Motion to Dismiss (Doc. 8) as set forth in the attached proposed Agreed Order, and therefore respectfully request that this honorable Court enter the Agreed Order attached hereto.

**RESPECTFULLY SUBMITTED,**

**BELCHER SYKES HARRINGTON, PLLC**

By: */s/ John O. Belcher*
John O. Belcher (BPR #018335)
Katherine Garro McCain (BPR #032459
320 Seven Springs Way, Suite 110
Brentwood, TN 37027
(T): (615) 810-8777
(F): (615) 810-8770
jbelcher@bshlawyers.com
kmccain@bshlawyers.com
*Attorneys for Plaintiff Eileen Longstreet*

**BRADLEY ARANT BOULT CUMMINGS LLP**

By: */s/ Russell B. Morgan by John O. Belcher, w/permission*
Rusell B. Morgan (BPR #20218)
Rachel L. Sodée (BPR #38391)
1221 Broadway, Suite 2400
Nashville, TN 37203
(T): (615) 252-2311
(F): (615) 252-6380
rmorgan@bradley.com
rsodee@bradley.com
*Attorneys for Pulte Homes Tennessee Limited Partnership*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, a true and correct copy of this pleading has been served upon counsel of record by CM/ECF as follows:

Rusell B. Morgan, Esq.
Rachel L. Sodée, Esq.
1221 Broadway, Suite 2400
Nashville, TN 37203
rmorgan@bradley.com
rsodee@bradley.com
*Attorneys for Pulte Homes Tennessee Limited Partnership*

*/s/ John O. Belcher*
John O. Belcher