**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **EILEEN LONGSTREET,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:25-cv-00037** |
| | ) | |
| **PULTE HOMES TENNESSEE LIMITED PARTNERSHIP,** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE** |
| | ) | **HOLMES** |
| **Defendant.** | ) | |
| | ) | |

**AGREED ORDER**

The Defendant, Pulte Homes Tennessee Limited Partnership, filed Defendant's Motion to Dismiss or, in the Alternative, to Stay Pending the Parties' Participation in Mandatory Pre-Litigation Mediation (Doc. 8) and its Memorandum in Support (Doc. 9). The parties being in agreement, it is hereby **ORDERED ADJUDGED AND DECREED** as follows:

1. The parties agree to mediate the case in the next sixty (60) days.

2. The case is stayed until the mediation takes place.

3. This Agreed Order resolves the pending motion (Doc. 8), which is therefore denied as moot, without prejudice to the Defendant raising any of the points therein in any subsequent motion.

4. If the case does not settle at mediation, the Defendant shall have fifteen (15) days from the date of the mediation to respond to the Complaint.

It is so **ORDERED**.

**ENTERED** this _____ day of _______________, 2025

________________________________
Judge William L. Campbell, Jr.

**APPROVED FOR ENTRY:**

**BELCHER SYKES HARRINGTON, PLLC**

By: *<u>/s/ John O. Belcher</u>*

John O. Belcher (BPR #018335)
Katherine Garro McCain (BPR #032459
320 Seven Springs Way, Suite 110
Brentwood, TN 37027
(T): (615) 810-8777
(F): (615) 810-8770
jbelcher@bshlawyers.com
kmccain@bshlawyers.com
*Attorneys for Plaintiff Eileen Longstreet*

**BRADLEY ARANT BOULT CUMMINGS LLP**

By: *<u>/s/ Russell B. Morgan by John O. Belcher, w/permission</u>*

Rusell B. Morgan (BPR #20218)
Rachel L. Sodée (BPR #38391)
1221 Broadway, Suite 2400
Nashville, TN 37203
(T): (615) 252-2311
(F): (615) 252-6380
rmorgan@bradley.com
rsodee@bradley.com
*Attorneys for Pulte Homes Tennessee Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, a true and correct copy of this pleading has been served upon counsel of record by CM/ECF as follows:

Rusell B. Morgan, Esq.
Rachel L. Sodée, Esq.
1221 Broadway, Suite 2400
Nashville, TN 37203
rmorgan@bradley.com
rsodee@bradley.com
*Attorneys for Pulte Homes Tennessee Limited Partnership*

/s/ *John O. Belcher*
John O. Belcher