**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT COLUMBIA**

| | | |
|---|---|---|
| **EILEEN LONGSTREET** | ) | |
| | ) | **Case No. 1:25-cv-00037** |
| **v.** | ) | **Chief Judge Campbell** |
| | ) | **Magistrate Judge Holmes** |
| **PULTE HOMES TENNESSEE** | ) | |
| **LIMITED PARTNERSHIP** | ) | |

# O R D E R

This case is scheduled for an initial case management conference at 10:00 a.m. (CDT) on **September 10, 2025**. *See* Notice at Docket No. 5. However, due to an unresolvable conflict, the initial case management conference is **RESCHEDULED for 11:00 a.m. (CDT) on that same date** using the Court's conference line at 1-855-244-8681, access code 2300 984 3452#.

Counsel are reminded of their obligation to jointly prepare a proposed initial case management order, which must be filed by no later than **September 5, 2025**.

A Word formatted version of the joint proposed initial case management order must also be separately emailed to chambers at TNMDdb_JudgeHolmesChambers@tnmd.uscourts.gov.[1]

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

[1] Counsel should utilize the form initial case management order found under the link to Magistrate Judge Holmes on the Court's website with designated provisions for Chief Judge Campbell's cases.