**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT COLUMBIA**

| | | |
|---|---|---|
| **EILEEN LONGSTREET** | ) | |
| | ) | **Case No. 1:25-cv-00037** |
| **v.** | ) | **Chief Judge Campbell** |
| | ) | **Magistrate Judge Holmes** |
| **PULTE HOMES TENNESSEE** | ) | |
| **LIMITED PARTNERSHIP** | ) | |

**O R D E R**

Pending before the Court is the parties' joint motion to stay proceedings (Docket No. 14) and joint motion regarding initial case management conference and initial case management order (Docket No. 15), both of which are **GRANTED** as provided for below. The parties' motions are premised on a mediated settlement, the finalization of which has not yet occurred. For the reasons requested in the motions, the following is **ORDERED**:

1. All proceedings in this case are **STAYED** for ninety (90) days from the date of entry of this Order. Any party may request relief from the stay for good cause at any time by filing an appropriate motion.

2. The case management conference presently set for September 10, 2025, is **CANCELLED**.

3. The parties must, **by no later than December 8, 2025**, file either (1) a joint stipulation of dismissal, joint motion with proposed agreed order of dismissal, or other papers in resolution of case, or (2) a joint motion to reset the initial case management conference.

4. The parties are cautioned that failure to comply with this Order may result in any of the remedies authorized by Fed. R. Civ. P. 16(f).

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge