**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **EILEEN LONGSTREET,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:25-cv-00037** |
| | ) | |
| **PULTE HOMES TENNESSEE LIMITED PARTNERSHIP,** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE HOLMES** |
| **Defendant.** | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

This case has settled. The parties hereby submit this Joint Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

1. Plaintiff's claims in Count I, Breach of Contract / Failure to Turn Over Control to Members / Injunctive Relief / Declaratory Judgment, and Plaintiff's claim for legal fees from the inception of this dispute are expressly reserved and dismissed WITHOUT PREJUDICE.

2. Plaintiff's claims in Count II, Breach of Fiduciary Duty, relating to Declarant Control, Turnover to Owners, Development Control Period, etc. are expressly reserved and dismissed WITHOUT PREJUDICE.

3. All remaining claims in Count II not expressly set forth above are hereby dismissed WITH PREJUDICE.

**RESPECTFULLY SUBMITTED,**

**BELCHER SYKES HARRINGTON, PLLC**

By: *[/s/ John O. Belcher]*
John O. Belcher (BPR #018335)
Katherine Garro McCain (BPR #032459
320 Seven Springs Way, Suite 110
Brentwood, TN 37027
(T): (615) 810-8777
(F): (615) 810-8770
jbelcher@bshlawyers.com
kmccain@bshlawyers.com
*Attorneys for Plaintiff Eileen Longstreet*

**BRADLEY ARANT BOULT CUMMINGS LLP**

By: */s/ Russell B. Morgan by John O. Belcher, w/permission*
Rusell B. Morgan (BPR #20218)
Rachel L. Sodée (BPR #38391)
1221 Broadway, Suite 2400
Nashville, TN 37203
(T): (615) 252-2311
(F): (615) 252-6380
rmorgan@bradley.com
rsodee@bradley.com
*Attorneys for Pulte Homes Tennessee Limited Partnership*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2025, a true and correct copy of this document has been served upon counsel of record by CM/ECF as follows:

Rusell B. Morgan, Esq.
Rachel L. Sodée, Esq.
1221 Broadway, Suite 2400
Nashville, TN 37203
rmorgan@bradley.com
rsodee@bradley.com
*Attorneys for Pulte Homes Tennessee Limited Partnership*

*/s/ John O. Belcher*
John O. Belcher