UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| **EILEEN LONGSTREET,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:25-cv-00037** |
| | ) | |
| **PULTE HOMES TENNESSEE LIMITED PARTNERSHIP,** | ) | **JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

---

**AGREED FINAL ORDER**

---

This case has settled. The parties submitted a Joint Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. No. 17). Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this case is hereby **DISMISSED,** as follows:

1. Plaintiff's claims in Count I, Breach of Contract / Failure to Turn Over Control to Members / Injunctive Relief / Declaratory Judgment, and Plaintiff's claim for legal fees from the inception of this dispute are expressly reserved and are hereby dismissed **without prejudice**.

2. Plaintiff's claims in Count II, Breach of Fiduciary Duty, relating to Declarant Control, Turnover to Owners, Development Control Period, etc. are expressly reserved and are hereby dismissed **without prejudice**.

3. All remaining claims in Count II not expressly set forth above are hereby dismissed **with prejudice**.

The parties shall bear their own attorney's fees and discretionary costs.

It is so **ORDERED.**

____________________________________
BARBARA D. HOLMES
United States Magistrate Judge

**APPROVED FOR ENTRY:**

**BELCHER SYKES HARRINGTON, PLLC**

By: *<u>/s/ John O. Belcher</u>*
John O. Belcher (BPR #018335)
Katherine Garro McCain (BPR #032459
320 Seven Springs Way, Suite 110
Brentwood, TN 37027
(T): (615) 810-8777
(F): (615) 810-8770
jbelcher@bshlawyers.com
kmccain@bshlawyers.com
*Attorneys for Plaintiff Eileen Longstreet*

**BRADLEY ARANT BOULT CUMMINGS LLP**

By: *<u>/s/ Russell B. Morgan by John O. Belcher, w/permission</u>*
Rusell B. Morgan (BPR #20218)
Rachel L. Sodée (BPR #38391)
1221 Broadway, Suite 2400
Nashville, TN 37203
(T): (615) 252-2311
(F): (615) 252-6380
rmorgan@bradley.com
rsodee@bradley.com
*Attorneys for Pulte Homes Tennessee Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, a true and correct copy of this pleading has been served upon counsel of record by CM/ECF as follows:

Rusell B. Morgan, Esq.
Rachel L. Sodée, Esq.
1221 Broadway, Suite 2400
Nashville, TN 37203
rmorgan@bradley.com
rsodee@bradley.com
*Attorneys for Pulte Homes Tennessee Limited Partnership*

/s/ *John O. Belcher*
John O. Belcher